**REQT**
ANGELA H. DOWS, ESQ.
Nevada Bar No. 010339
PREMIER LEGAL GROUP
1333 North Buffalo, Suite 210
Las Vegas, Nevada  89128
Telephone: (702) 794-4411
Facsimile: (702) 794-4421
adows@premierlegalgroup.com
Attorneys for Creditor
ONE NEVADA CREDIT UNION
Formerly known as
NEVADA FEDERAL CREDIT UNION

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | ) |
| | ) |
| LONNIE RAY SWARTZ; | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Debtor. | ) |
| _____ | ) |

CASE NO.:    18-17469-mkn
Chapter        7

### NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

Angela H. Dows, Esq. of the law firm of Premier Legal Group, attorneys for Creditor ONE NEVADA CREDIT UNION formerly known as NEVADA FEDERAL CREDIT UNION, hereby enters its appearance on the record in the above-entitled bankruptcy proceeding pursuant to LR 2002, 4009, and 9010 hereby requests special notice of all hearings, actions, contested matters and adversary proceedings in this case, together with copies of all notices, pleadings, motions, responses and other related materials that are issued or filed in connection with these proceedings by the Court, Debtors or any other parties of interest.

All notices and copies in response to the foregoing and, pursuant to LR 2002 and 4009, all notices required to be mailed by Claimant shall be directed to:

1
2
3
4
5
6

ANGELA H. DOWS, ESQ.
PREMIER LEGAL GROUP
1333 North Buffalo, Suite 210
Las Vegas, Nevada 89128
(702) 794-4411
adows@premierlegalgroup.com
Attorneys for Creditor
ONE NEVADA CREDIT UNION
Formerly known as
NEVADA FEDERAL CREDIT UNION

7
8

The foregoing counsel on behalf of the parties so name herein furthermore request a list of the creditors in question for purposes of service from this date.

9

    DATED this 8th day of January, 2019.

10
11

                                    PREMIER LEGAL GROUP

12
13
14
15
16
17

By: /s/ Angela H. Dows
        ANGELA H. DOWS, ESQ.
        Nevada Bar No. 010339
        1333 N. Buffalo Dr., Suite 210
        Las Vegas, Nevada 89128
        Telephone: (702) 794-4411
        Facsimile: (702) 794-4421
        Attorneys for Plaintiff
        ONE NEVADA CREDIT UNION,
        formerly known as
        NEVADA FEDERAL CREDIT UNION

18
19

## CERTIFICATE OF SERVICE

20
21
22
23
24

    I hereby certify that on the 8th day of January, 2019, that I completed service of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE by electronic service in accordance with Administrative Order 02-1 of the United States Bankruptcy Court for the District of Nevada on the date hereof and that said service was completed through the Notice of Electronic Filing automatically generated by said Court.

25
26

                                    /s/ Lauren Gillen
                                    An employee of Premier Legal Group

27
28

                                    2